

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00183-CV

| | | |
|---|---|---|
| MAVERICK NATURAL RESOURCES, LLC; BREITBURN OPERATING LP; AND BREITBURN OPERATING GP, LLC, Appellants and Appellees | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-324848-21) |
| V. | § | June 13, 2024 |
| GLENN D. COOPER OIL & GAS, INC. D/B/A COOPER OIL & GAS, INC., Appellee and Appellant | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment on Glenn D. Cooper Oil & Gas, Inc.'s statutory fraud claim, we reverse the trial court's judgment on Glenn D. Cooper Oil & Gas, Inc.'s breach of contract and declaratory judgment claims, and we render judgment that Glenn D. Cooper Oil &

Gas, Inc. take nothing on its contract and declaratory judgment claims. We remand the trial court's award of equitable and just costs and attorney's fees for reconsideration.

It is further ordered that Glenn D. Cooper Oil & Gas, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth